IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLIE JO RICHARDS, | : | 4:08-CV-01947 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CENTRE AREA TRANSPORTATION AUTHORITY, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

March 7, 2017

**AND NOW**, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Relief from Judgment (ECF No. 40) is **DENIED**.

2. Plaintiff is on notice that further filings in this action will result in sanctions against her.

3. Defendant does not need to file responses to any further filings in this action unless and until it is directed to do so by the Court.

4. The Clerk is directed to close this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge